IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PAMELA LEE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO.: 7:17-CV-00814-TMP<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiff Pamela Lee, and Defendant American General Life Insurance Company ("AIG") ("Defendant"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendants with each party to bear its own costs.

Dated February 21ST, 2018.

THE MARTIN LAW GROUP, LLC

/s/ Ariel S. Blocker
Ariel S. Blocker
David P. Martin
2117 Jack Warner Parkway
Suite 1B
Tuscaloosa, AL  35401

*Attorney for Plaintiff*

MAYNARD COOPER & GALE, PC

/s/ Grace R. Murphy
Grace R. Robinson
William B. Wahlheim, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Birmingham, AL 35203-2602

*Attorneys for Defendant*