# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| PAMELA LEE, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 7:17-cv-0814-TMP |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The plaintiff and defendants filed a joint stipulation to dismiss this action. (Doc. 19). Accordingly, all claims are hereby DISMISSED WITH PREJUDICE as set forth herein, and each party shall bear her or his own costs.

**DONE** and **ORDERED** on February 21, 2018.

_____
T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE